**FILED**

October 16, 2006

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )
            Plaintiff,             )
                                   )
v.                                 )
                                   )
Farhad Nevis,                      )
                                   )
                                   )
_____)
            Defendant.

Case No. 2:06-cr-411 EJG

ORDER FOR RELEASE
OF PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Farhad Nevis  Case 2:06-cr-411 EJG  from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

>    _    Release on Personal Recognizance
>
>    _    Bail Posted in the Sum of _____
>
>    X    $100,000 Unsecured bond
>
>    _    Appearance Bond with 10% Deposit
>
>    _    Appearance Bond secured by Real Property
>
>    _    Corporate Surety Bail Bond
>
>    X    (Other)____ PTS conditions/supervision; defendant to surrender
>
> passport____

Issued at _Sacramento, CA_ on 10/16/06 ____ at _3:25 p.m._

By _____

Kimberly J. Mueller,
United States Magistrate Judge