L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
FARHAD K. NEVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR. S-06-411 EJG |
| Plaintiff, | ) | |
| | ) | STIPULATION AND PROPOSED ORDER |
| | ) | MODIFYING THE DEFENDANT'S |
| v. | ) | TRAVEL RESTRICTIONS |
| FARHAD K. NEVIS, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The defendant and the United States, by and through their respective attorneys, hereby stipulate that the defendant's pre-trial travel restrictions should be modified to allow the defendant to travel anywhere within the Northern District of California as well as the Eastern District of California. The reason for the modification is that the defendant is required to travel from time to time to the Bay Area to pick up supplies for his business of repairing automobile windshields. The defendant's Pre-Trial Services Officer, Rebecca Fidelman, has advised Bruce Locke that she has no objection to this modification of the defendant's travel restrictions and Mr. Robert Twiss counsel for the United States has also advised Bruce Locke that he had no objection to this modification and has authorized Mr. Locke to sign this stipulation and proposed order for him.

November 16, 2006                                            /S/   L. Bruce Locke
                                                             L. BRUCE LOCKE
                                                             Attorney for Farhad Nevis

1

November 16, 2006                                   /S/  L. Bruce Locke
                                                    For ROBERT TWISS
                                                    Attorney for the United States

IT IS SO ORDERED.

DATED:   November 16, 2006                          /s/ Edward J. Garcia
                                                    UNITED STATES DISTRICT JUDGE