BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
FARHAD K. NEVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> FARHAD K. NEVIS, ) <br> ) <br> Defendant. ) <br> _____ ) | No.  CR. S-06-411 EJG <br><br> STIPULATION AND ORDER <br> CONTINUING THE DATE OF <br> THE STATUS CONFERENCE <br> FROM JANUARY 19, 2007 <br> TO MARCH 16, 2007 AT 10:00 A.M. |

The defendant, by and through his attorney, and the United States, by and through its attorney, hereby stipulate and agree to continue the date of the status conference from January 19, 2007 to March 16, 2007.  This is a complicated tax case in which the government has thousands of pages of documents relevant to the preparation of the defendant's tax returns for the periods in issue.  Defense Counsel needs additional time to examine and analyze the documents in order to properly prepare this case.  The parties agree that the time from January 19, 2007 to March 16, 2007 should be excluded from the speedy trial calculation pursuant to Local Codes T-2 and T-4 for complexity of the case and for defense preparation and for continuity of counsel.  Mr. Twiss has authorized Bruce Locke to sign this pleading for him.

       /s/ Bruce Locke
BRUCE LOCKE
Attorney for Defendant
/S/ - Bruce Locke
for ROBERT TWISS
Attorney for the United States

IT IS SO ORDERED.

Dated: January 17, 2007

/s/ Edward J. Garcia
UNITED STATES DISTRICT JUDGE

1