L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
FARHAD K. NEVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-06-411 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| | ) | MODIFYING THE DEFENDANT'S |
| v. | ) | TRAVEL RESTRICTIONS TO ALLOW |
| | ) | TRAVEL TO IRAN AND TO ORDER |
| FARHAD K. NEVIS, | ) | THE RELEASE OF DEFENDANT'S |
| | ) | PASSPORT FOR THIS TRIP ONLY |
| Defendant. | ) | |
| _____ | ) | |

   The defendant and the United States, by and through their respective attorneys, hereby stipulate that the defendant's pre-trial travel restrictions should be modified to allow the defendant to travel to Iran on March 17, 2007 by a flight leaving San Francisco on March 17, 2007 at 4:20 p.m., and to return to the United States by a flight leaving Tehran on March 25, 2007 that should arrive in the United States at San Francisco at 1:05 p.m., on March 25, 2007.   The reason for the modification is that the defendant's father is undergoing open heart surgery and the defendant wants to visit with his father because the defendant is worried that his father may not survive the surgery.

   The parties further stipulate that the Court should order the Clerk of the Court to release the defendant's passport to him so that he may make this trip and the defendant is ordered to turn the passport back in to the Clerk of the Court within three days of his return from Iran.

   The defendant's Pre-Trial Services Officer, Sandra Hall, has advised Bruce Locke that she has no objection to this modification of the defendant's travel restrictions and Mr. Robert Twiss, counsel for the United States, has also advised Bruce Locke that he had no objection to this modification and has authorized Mr. Locke to sign this stipulation and proposed order for him.

March 1, 2007                                         /S/    L. Bruce Locke
                                                      L. BRUCE LOCKE
                                                      Attorney for Farhad Nevis


March 1, 2007                                         /S/   L. Bruce Locke
                                                      For ROBERT TWISS
                                                      Attorney for the United States


    IT IS SO ORDERED.

DATED:   March 2, 2007                                /s/ Edward J. Garcia
                                                      U. S. DISTRICT JUDGE