BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
FARHAD K. NEVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>             Plaintiff,                       )<br>                                                        )<br>       v.                                            )<br>                                                        )<br> FARHAD K. NEVIS,                     )<br>                                                        )<br>             Defendant.                    )<br>_____) | No.  CR. S-06-411 EJG<br><br>STIPULATION AND ORDER<br>CONTINUING THE DATE OF<br>THE STATUS CONFERENCE<br>FROM MAY 18, 2007<br>TO JUNE 29, 2007 AT 10:00 A.M. |

The defendant, by and through his attorney, and the United States, by and through its attorney, hereby stipulate and agree to continue the date of the status conference from May 18, 2007 to June 29, 2007 at 10:00 a.m.  This is a complicated tax case in which the government has thousands of pages of documents relevant to the preparation of the defendant's tax returns for the periods in issue.  Defense Counsel needs additional time to examine and analyze the documents in order to properly prepare this case.  Defense counsel will be in trial the first two weeks of June so additional time is required. The parties agree that the time from May 18, 2007 to June 29, 2007 should be excluded from the speedy trial calculation pursuant to Local Codes T-2 and T-4 for complexity of the case and for defense preparation and for continuity of counsel.  Mr. Twiss has authorized Bruce Locke to sign this pleading for him.

                                                           /s/ Bruce Locke
                                                        BRUCE LOCKE
                                                        Attorney for Defendant

```
                                            /S/ - Bruce Locke
                                            for ROBERT TWISS
                                            Attorney for the United States
```

IT IS SO ORDERED.

Dated: May 16, 2007                         /s/ Edward J. Garcia
                                            UNITED STATES DISTRICT JUDGE