BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
FARHAD K. NEVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR. S-06-411 EJG |
| Plaintiff, | ) ) | WAIVER OF PERSONAL APPEARANCE |
| v. | ) ) | |
| FARHAD K. NEVIS, | ) ) | |
| Defendant. | ) ) | |

Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, trial confirmation, empaneling of jury, or imposition of sentence.  Defendant hereby requests the Court to proceed during every absence of his that the Court may permit pursuant to this waiver;  agrees that his interests will be deemed represented at all times by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day that the Court may fix in his absence.

DATED: May 16, 2007              /S/ Farhad Nevis
                                  FARHAD NEVIS

1

APPROVED:

DATED: May 16, 2007            /S/ L. Bruce Locke
                               BRUCE LOCKE
                               Attorney for Farhad Nevis


    IT IS SO ORDERED.

DATED:   May 16, 2007          /s/ Edward J. Garcia
                               UNITED STATES DISTRICT JUDGE