```
BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
FARHAD K. NEVIS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-06-411 EJG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING THE DATE OF THE STATUS CONFERENCE FROM AUGUST 31, 2007 TO SEPTEMBER 28, 2007 AT 10:00 A.M. *AS MODIFIED** |
| v. | ) | |
| FARHAD K. NEVIS, | ) | |
| Defendant. | ) | |

The defendant, by and through his attorney, and the United States, by and through its attorney, hereby stipulate and agree to continue the date of the status conference from August 31, 2007 to September 28, 2007 at 10:00 a.m. This is a complicated tax case in which the government has thousands of pages of documents relevant to the preparation of the defendant's tax returns for the periods in issue. Defense Counsel needs additional time to examine and analyze the documents in order to properly prepare this case. Defense Counsel and the defendant have reviewed the discovery and are in the process of preparing their case in chief. The parties agree that the time from August 31, 2007 to *October 5,* 2007 should be excluded from the speedy trial calculation pursuant to Local Codes T-2 and T-4 for complexity of the case and for defense preparation and for continuity of counsel. Mr. Ferrari has authorized Bruce Locke to sign this pleading for him.

Dated: August 29, 2007                                /S/ Bruce Locke
                                                      BRUCE LOCKE
                                                      Attorney for Defendant

1

```
                                        /S/   Bruce Locke
                                        for PHILIP FERRARI
                                        Attorney for the United States
```

IT IS SO ORDERED.

Dated:   August 30, 2007                 /s/ Edward J. Garcia
                                         UNITED STATES DISTRICT JUDGE