1   McGREGOR W. SCOTT
    United States Attorney
2   PHILIP A. FERRARI
    Assistant U.S. Attorney
3   501 I Street, Suite 10-100
    Sacramento, California 95814
4   Telephone: (916) 554-2744

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )      CR. No. S-06-411 EJG
                                   )
12                  Plaintiff,     )      STIPULATION AND ORDER
                                   )
13            v.                   )
                                   )
14  FARHAD NEVIS,                  )      Date: January 18, 2008
                                   )      Time: 10:00 a.m.
15                  Defendant.     )      Hon.  Edward J. Garcia
    _____)
16

17

18        It is hereby stipulated by and between the United States of

19  America through its attorney, and defendant Farhad Nevis, through

20  his attorney, that the status conference hearing set for November

21  16, 2007 be vacated, and a status conference hearing be set for

22  January 18, 2008 at 10:00 a.m.

23        As stated at the parties' last appearance, the parties are

24  contemplating a possible resolution of this case.  However, that

25  resolution is dependent, at least in part, upon further analysis of

26  financial records by counsel for the defendant.  This continuance is

27  being requested so that the analysis may be completed and the

28  parties may either resolve the case or prepare it for trial.  Both

    parties agree that time under the Speedy Trial Act should be

                                   -1-

1  excluded from the date of this order through the date of the status

2  conference hearing set for January 18, 2008, pursuant to 18 U.S.C.

3  §3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4) .

4

5  DATED: November 14, 2007        /s/ Philip Ferrari for
                                   BRUCE LOCKE, ESQ.
6                                  Attny. for Farhad Nevis

7

8  DATED: November 14, 2007        McGREGOR W. SCOTT
                                   United States Attorney
9

10                             By: /s/ Philip Ferrari
                                   PHILIP A. FERRARI
11                                 Assistant U.S. Attorney

12

13  **IT IS HEREBY ORDERED** that:

14      1.   A further status conference is set for January 18, 2008,

15  at 10:00 A.M.

16      2.   Based upon the above representations of the parties, the

17  Court finds that the ends of justice outweigh the best interest of

18  the public and the defendant in a speedy trial.  Accordingly, time

19  under the Speedy Trial Act shall be excluded from the date of this

20  Order through January 18, 2008, to allow reasonable time to prepare.

21

22      **IT IS SO ORDERED**.

23

24

25  DATED:    Nov. 14, 2007         /s/ Edward J.  Garcia
                                   HON. EDWARD J. GARCIA
26                                 UNITED STATES DISTRICT JUDGE

27

28

-2-