BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
FARHAD K. NEVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR. S-06-411 EJG |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING THE DATE OF THE STATUS CONFERENCE FROM JANUARY 18, 2008 TO FEBRUARY 29, 2008 AT 10:00 A.M. |
| v. | ) | |
| FARHAD K. NEVIS, | ) | |
| Defendant. | ) | |

The defendant, by and through his attorney, and the United States, by and through its attorney, hereby stipulate and agree to continue the date of the status conference from January 18, 2008 to February 29, 2008 at 10:00 a.m. This is a complicated tax case in which the government has thousands of pages of documents relevant to the preparation of the defendant's tax returns for the periods in issue. Defense Counsel needs additional time to examine and analyze the documents in order to properly prepare this case. Defense Counsel is currently in trial in Judge Shubb's court and will not be able to work on this case until mid-February. The parties agree that the time from January 18, 2008 to February 29, 2008 should be excluded from the speedy trial calculation pursuant to Local Codes T-2 and T-4 for complexity of the case and for defense preparation and for continuity of counsel. Mr. Ferrari has authorized Bruce Locke to sign this pleading for him.

Dated: January 14, 2008                        /S/ Bruce Locke
                                                BRUCE LOCKE
                                                Attorney for Defendant

        /S/   Bruce Locke
for PHILIP FERRARI
Attorney for the United States

IT IS SO ORDERED.

Dated: January 14, 2008        /s/ Edward J. Garcia
        EDWARD J. GARCIA, JUDGE

2