BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
FARHAD K. NEVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>FARHAD K. NEVIS,<br><br>        Defendant. | No.  CR. S-06-411 EJG<br><br>STIPULATION AND ORDER CONTINUING THE DATE FOR SENTENCING AND MODIFYING THE SCHEDULE FOR DISCLOSURE OF THE PRE-SENTENCE REPORT |

The defendant, by and through his attorney, and the United States, by and through its attorney, hereby stipulate and agree to continue the sentencing date and to modify the schedule for disclosure of the pre-sentence report as follows: the date for sentencing shall be October 24, 2008 instead of August 29, 2008; the informal objections shall be served upon the Probation Officer and opposing counsel on September 8, 2008; the final pre-sentence report shall be provided to the Court and to counsel on September 26, 2008; and the formal objections and sentencing memoranda shall be filed on October 10, 2008.

Dated: August 18, 2008                               /S/ Bruce Locke
                                                       BRUCE LOCKE
                                                       Attorney for Defendant

                                                       /S/   Bruce Locke
                                                     for PHILIP FERRARI
                                                     Attorney for the United States

1

1
2
3
4
5     IT IS SO ORDERED.
6  Dated:    August 18, 2008                    /s/ Edward J. Garcia
                                                UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29                                    2