BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 170
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
FARHAD K. NEVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR. S-06-411 EJG |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONCERNING THE RETURN OF PASSPORT |
| v. | ) ) | |
| FARHAD K. NEVIS, | ) ) | |
| Defendant. | ) ) | |

   Mr. Nevis, by and through his attorney, and the United States, by and through its attorney, hereby stipulate and agree that the Clerk of the Court should be ordered to return the Mr. Nevis's passport to him or to his attorney. Mr. Nevis is on Supervised Release. His father is ill in Iran and it may be necessary for Mr. Nevis to travel to Iran in the near future. Mr. Nevis's probation officer has no objection to the return of the passport. Mr. Nevis will still be required to obtain permission for any travel from his probation officer so long as he is on Supervised Release. Mr. Ferrari has authorized Mr. Locke to signify his agreement to this Stipulation and proposed Order.

Dated: March 8, 2010                             /S/ Bruce Locke
                                                 BRUCE LOCKE
                                                 Attorney for Defendant


Dated: March 8, 2010                             /S/  Bruce Locke
                                                 for PHILIP FERRARI
                                                 Attorney for the United States

IT IS SO ORDERED.

Dated:  March 10, 2010                              /s/ Edward J. Garcia
                                                    UNITED STATES DISTRICT JUDGE