**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                                        **RE:    Farhad K. NEVIS**
                                                 **Docket Number:  2:06CR00411-01**
                                                 **PERMISSION TO TRAVEL**
                                                 **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Tehran, Iran.  Mr. Nevis has an outstanding restitution obligation and has been advised of any monies he intends to use to finance this trip to Iran, would have to be matched with payments made toward his restitution.  Mr. Nevis related his friend, Mr. Hossein Salehi, will be paying for his airline ticket to Iran and he will provide the necessary documents verifying that Mr. Salehi payed for his ticket.  Other than that issue, Mr. Nevis is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On October 24, 2008, Mr. Nevis was sentenced for the offense of 26 USC 7206(1) - Willfully Filing False Tax Returns.

**Sentence imposed:**   4 months custody in the Bureau of Prisons; 12 months Supervised Release; $50,058 Restitution; $100 Special Assessment.  **Special Conditions:** Financial disclosure; No new credit/debt; 120 days home confinement.

**Dates and Mode of Travel:**   Mr. Nevis is awaiting the Court's permission before he purchases a non-refundable airline ticket.  He will then provide all the flight information.

**Purpose:**   Mr. Nevis' father's health is failing and he would like to visit him as soon as possible.

1

RE:   **Farhad K. NEVIS**
      **Docket Number:  2:06CR00411-01**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


Respectfully Submitted,


/s/ Kris M. Miura
**KRIS M. MIURA**
**United States Probation Officer**


**DATED:**    March 22, 2010
          Elk Grove, California
          KMM/cj


**REVIEWED BY:**     /s/ Deborah A. Spencer
             **DEBORAH A. SPENCER**
             **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

**Approved**   **XX**                   **Disapproved**                


     **March 22, 2010**               **/s/ Edward J. Garcia**
**Date**                                  **EDWARD J. GARCIA**
                                    **Senior United States District Judge**

Rev. 05/2006
TRAVEL ~ OUTSIDE COUNTRY COURT MEMO.MRG